700 A.2d 1230

IN THE MATTER OF ROBERT L. MARTIN,
AN ATTORNEY AT LAW.

October 16, 1997.

## ORDER

The Disciplinary Review Board on June 20, 1997, having filed with the Court its decision concluding that **ROBERT L. MARTIN** of **ORANGE,** who was admitted to the bar of this State in 1969, should be reprimanded for violating *RPC* 1.3 (lack of diligence); *RPC* 1.4 (failure to communicate with a client); and *RPC* 1.8(a) (conflict of interest—prohibited business transaction with client); and good cause appearing;

It is ORDERED that **ROBERT L. MARTIN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.